**ORIGINAL**

**JUDGE CHIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                              :     NOTICE OF INTENT TO
                                           FILE AN INFORMATION
OSCAR DOMINGUEZ,                   :

          Defendant.           :     **08 CRIM 328**

- - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         April 2, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

            By: _____
                Jeffrey A. Brown
                Assistant United States Attorney

            AGREED AND CONSENTED TO:

            By: _____
                Avrom Robin
                Attorney for Oscar Dominguez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

4/9/08 WHEEL A