**AVROM ROBIN**
ATTORNEY AT LAW
245 FIFTH AVENUE
SUITE 1900
NEW YORK, NY 10016
TEL: 212.683.8000
FAX: 212.683.9422
E-MAIL: avrom@mindspring.com





May 5, 2008

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:     **United States v. Oscar Dominguez**
                    **08-CR-328 (DC)**

Dear Judge Chin:

    I write regarding my client Oscar Dominguez. This case was assigned to you on or about April 11, 2008, when Mr. Dominguez pled guilty in Magistrate Court pursuant to an Information.

    At that time, your chambers informed the parties that the sentence was scheduled for July 14, 2008.

    I will be out of the country most of July and August, and so I write to request that the sentence be adjourned until September 18 at 4:30 pm, a date and time suggested by your courtroom deputy.

    A.U.S.A. Jeffrey A. Brown consents to this request.

Very truly yours,

AVROM ROBIN

Cc:    A.U.S.A. Jeffrey A. Brown

**SO ORDERED:**
The sentence in this case is adjourned from July 14, 2008 to September 18, 2008 at 4:30 p.m.

DATED:    MAY 8, 2008

                                        HON. DENNY CHIN, U.S.D.J.