```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                           08 Cr. 328 (DC)

OSCAR DOMINGUEZ,                       ORDER

    Defendant.

-------------------------------------------------------X

DENNY CHIN, U.S.D.J.:

    WHEREAS, on the application of Avrom Robin, Esq., attorney for OSCAR DOMINGUEZ, Reg. No. 20121-112, permission has been requested for L. Thomas Kucharski, 22 Marwood Lane, Yonkers, New York, to be admitted to the Metropolitan Detention Center, for meetings and interviews with OSCAR DOMINGUEZ, Reg. No. 20121-112;

    IT IS HEREBY ORDERED that the M.D.C. admit L. Thomas Kucharski for a period of 60 days during regular business hours to meet with OSCAR DOMINGUEZ without the presence of an attorney.

                                                           _____
                                                           HONORABLE DENNY CHIN,
                                                            United States District Judge

Dated:    New York, New York
             May 14, 2008